# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLIOTT, GREENLEAF & SIEDZIKOWSKI P.C. | : : : | CIVIL ACTION |
| vs. | : : | |
| WILLIAM R. BALABAN, CHARLES L. HERRON, PAMELA HERRON and STEVENS & LEE | : : : | NO.  12-0674 |

## ORDER

**AND NOW**, this 16th day of August, 2012, it having been reported that the issues between the parties in this action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs[1].

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce the terms of the settlement agreement.

         /s/Timothy J. Savage
         TIMOTHY J. SAVAGE,  J.

---

[1] This settlement could not have been achieved without the skillful talents, patience and commitment of Stewart L. Cohen, Esquire, Special Master, who donated his fee to a designated charity. The Court, the parties and the justice system owe Mr. Cohen our appreciation.